# EXHIBIT A

Atkinson-Baker, Inc.
www.depo.com

```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF MISSISSIPPI
                   GREENVILLE DIVISION

CHAZ PINKSTON, #148934,   )
                          )
     Plaintiff,           )
                          )
v.                        )  Civil Action No.
                          )  4:17-cv-039-DMB-DAS
DR. HENDRICK KUIPER,      )
                          )
     Defendant.           )




                 VIDEOTAPED DEPOSITION

                          OF

                  LEATHA ANN BARRON

                    MORROW, GEORGIA

                   January 30, 2019






ATKINSON-BAKER, INC.
(800) 288-3376
www.depo.com

REPORTED BY:  SHARON J. JOHNSON, CCR B-1902, CVR-M 3291

FILE NO. AD00953
```

**CERTIFIED COPY**

1

Atkinson-Baker, Inc.
www.depo.com

```
 1    sworn in by the court reporter.
 2         MS. RUCKER:  My name is Candice Rucker.
 3    I am here on behalf of the defendant,
 4    Dr. Hendrick Kuiper.
 5         (Witness sworn)
 6         MS. RUCKER:  Thank you, Ms. Barron.  My
 7    name is Candice Rucker.  We've spoken on the
 8    phone several times about this deposition, and
 9    I'm going to be asking you some questions for
10    the next few minutes.
11         Before we get started, I would like the
12    record to reflect that Plaintiff Inmate Chaz
13    Pinkston refused to participate in today's
14    deposition.  Yesterday I received a call from
15    MDOC staff informing me that Pinkston did not
16    wish to participate in the deposition unless he
17    could be left alone and unsupervised.  To do so
18    would constitute a security risk because he is
19    a violent offender.  Nonetheless, we called the
20    prison this morning and offered Pinkston an
21    opportunity to participate in today's
22    deposition, and he refused.  So with that,
23    we're going to go ahead and get started.
24    Whereupon,
25              LEATHA ANN BARRON
```