# EXHIBIT B

**Candice L. Rucker**
Associate
crucker@bradley.com
205.521.8908 direct



February 18, 2019

Chaz Pinkston, #148934
Wilkinson County Correctional Facility
Unit HJK, H-Pod, Cell #108
P.O. Box 1889
2999 U.S. Highway 61 North
Woodville, MS 39669

      RE:    *Chaz Pinkston, #148934 v. Dr. Hendrick Kuiper*
            Civil Action No. 4:17-cv-039-DMB-DAS

Dear Mr. Pinkston,

    Enclosed is a copy of the transcript of the deposition of Nurse Leatha Barron. As we discussed during our call on February 1, 2019, you have the opportunity to submit any follow-up questions that you would like to ask Nurse Barron within 15 days of your receipt of this letter. Please forward your questions to my attention at One Federal Place, 1819 Fifth Avenue North, Birmingham, Alabama 35203-2119, and I will forward them to Nurse Barron. Please note that Nurse Barron is under no obligation to respond to your follow-up questions, as she appeared for her deposition and provided testimony on the date listed on her Notice of Deposition.

                                    Sincerely,

                                      Candice Rucker

                                    Candice L. Rucker
                                    Associate

CLR

cc:    Sharia Thames
        Molly Walker, Esq.