**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**CHAZ PINKSTON**                                                                       **PLAINTIFF**

**V.**                                                                              **NO. 4:17-CV-39-DMB-DAS**

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS, et al.**                                                              **DEFENDANTS**

**ORDER**

On or about November 30, 2018, Chaz Pinkston filed a motion for entry of default and a motion for default judgment, seeking dispositive relief based on an alleged discovery violation by Hendrick Kuiper, one of the defendants he sued in this case. Docs. #168, #170. On January 7, 2019, United States Magistrate Judge David A. Sanders denied the motion for entry of default on the ground that Kuiper complied with the relevant discovery obligation. Doc. #179. For the reasons stated in Judge Sanders' order, Pinkston's motion for default judgment [170] is **DENIED**.[1]

**SO ORDERED**, this 10th day of September, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] To the extent Judge Sanders' January 7 order denied Pinkston's request for leave to file a motion for default judgment, *see* Doc. #179, Pinkston's motion for default judgment is, alternatively, denied as filed without leave.