**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CHAZ PINKSTON**                                                                          **PLAINTIFF**

**V.**                                                                           **NO. 4:17-CV-39-DMB-DAS**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS, et al.**                                                    **DEFENDANTS**

**ORDER**

On May 29, 2020, this Court noticed a July 15, 2020, evidentiary hearing to address Chaz Pinkston's motion for contempt, United States Magistrate Judge David A. Sanders' report and recommendations ("R&R"), and Pinkston's objections to the R&R. Doc. #247. On or about June 1, 2020, Pinkston filed a motion requesting clarification on two issues: (1) whether "he is supposed to inform his witnesses to be present for Court on July 15th, 2020" and (2) whether "his immediate family members and/or others [are] allowed to watch the hearing from the bleachers." Doc. #249. Upon consideration, the motion for clarification [249] is **GRANTED**.

Due to the ongoing COVID-19 pandemic, the Court intends to hold the evidentiary hearing by videoconference. To the extent possible, the hearing will be available to be viewed by the public remotely. Both parties will be entitled to call witnesses but only to the extent the witnesses may offer evidence relevant to the subject of the hearing—whether Pinkston was prevented from attending his May 23, 2019, evidentiary hearing. The logistics for taking the testimony of such witnesses will depend on their location and, if relevant, custodial status. Accordingly, no later than July 1, 2020, each party is directed to submit to the Court a separate proposed witness list. Each party's witness list should specify: (1) the identity of each proposed witness; (2) the

relevance of each proposed witness' testimony to the subject of the hearing; and (3) the custodial status of each witness, if applicable.

**SO ORDERED**, this 18th day of June, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**