IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHAZ PINKSTON**                                                                    **PLAINTIFF**

**V.**                             **NO. 4:17-CV-39-DMB-DAS**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS, et al.**                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, judgment is entered in favor of Chaz Pinkston against Dr. Hendrick Kuiper in the amount of one hundred dollars ($100.00).

**SO ORDERED**, this 30th day of March, 2021.

                                                       /s/Debra M. Brown
                                                       **UNITED STATES DISTRICT JUDGE**